1006

No. 71–1556.  McGOWAN v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 71–6720.  FLETCHER v. MARYLAND.  Ct. App. Md. Certiorari denied.

No. 71–6880.  DAVIS v. CALDWELL, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 71–6897.  ANDERSEN v. REGENTS OF THE UNIVERSITY OF CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 72–67.  HILL ET UX. v. HILL.  Sup. Ct. Cal.  Certiorari denied.

No. 72–79.  COUNTY BOARD OF EDUCATION OF RICHMOND COUNTY, GEORGIA, ET AL. v. ACREE ET AL.; and
No. 72–167.  DRUMMOND ET AL. v. ACREE ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 458 F. 2d 486.

No. 72–135.  PROJANSKY v. UNITED STATES;
No. 72–272.  LEAVITT v. UNITED STATES;
No. 72–390.  GEIER v. UNITED STATES; and
No. 72–514.  BRAININ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 465 F. 2d 123.

No. 72–157.  LONQUEST v. WYOMING.  Sup. Ct. Wyo. Certiorari denied.